1  PHILIP A DeMassa
   A PROFESSIONAL CORPORATION
2  ATTORNEY AT LAW -Bar No. 47667
   2356 Moore Street, Suite 201
3  San Diego, California 92110
   Telephone: (619) 294-2777
4  Facsimile: (619) 294-2120
   Attorneys for Defendant
5  VICENTE MANUEL AGUIRRE



6
7
8              UNITED STATES DISTRICT COURT
9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11
12
13 UNITED STATES OF AMERICA,    )   Case No: 08MJ8571
                                )
14        Plaintiff,             )   NOTICE OF SUBSTITUTION
                                )   OF ATTORNEY
15    v.                        )
                                )
16 VICENTE MANUEL AGUIRRE,      )
                                )
17        Defendant.             )
   _____)
18
19    Defendant VICENTE MANUEL AGUIRRE substitutes Philip A.
   DeMassa, of Phlilip A. DeMassa, A.P.C. as his attorney of record in
20
   place and stead of attorney Mark Xavier Carlos.
21
22
   Dated:   July 1, 2008          _____
23                                 VICENTE MANUEL AGUIRRE

24 I accept the substitution of attorney.
25
26 Dated:   July 1, 2008          _____
                                   PHILIP A. DeMASSA
27                                 Attorney for Defendant
                                   VICENTE MANUEL AGUIRRE
28

       NOTICE OF SUBSTITUTION OF ATTORNEY              - 1 -

I consent to the substitution of attorney.

Dated:    July 7, 2008                  _____
                                         MARC XAVIER CARLOS

IT IS SO ORDERED

Dated: 7-10-08                           _____
                                         United States District Magistrate Judge

NOTICE OF SUBSTITUTION OF ATTORNEY                                                -2-