# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER __08mj8571__
)
vs )  ABSTRACT OF ORDER
)
)  Booking No. __06487298__
)           __886589__
Vicente Manuel Aguirre )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7-11-08__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __250,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by __F. Flores__ Deputy Clerk

Received __USM__

Crim-9  (Rev 6-95)                                                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY