**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR2428 JAH |
| ) | |
| Plaintiff, ) | DECLARATION OF PHILIP A. |
| v.  ) | DeMASSA |
| ) | |
| VICENTE MANUEL AGUIRRE, ) | |
| ) | |
| Defendant. ) | |

I HEREBY DECLARE:

1. I am an attorney licensed to practice law in the State of California and this Court. I represent the Defendant in the above-entitled cause;

2. Before Mr. Vicente Manuel Aguirre was indicted, I had a conversation with Assistant U.S. Attorney James Melendres who told me that the reason Mr. Aguirre was stopped in his vehicle on his way from the United States into the Republic of Mexico was that he (Mr. Aguirre) was involved in a wiretap in the United States.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2008

                                             s/Philip A. DeMassa
                                             PHILIP A. DeMASSA

DECLARATION OF PHILIP A. DeMASSA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR2428 JAH |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| VICENTE MANUEL AGUIRRE, ) | |
| ) | |
| Defendant. ) | |

I HEREBY CERTIFY THAT:

I, PHILIP A. DeMASSA, am a citizen of the United States and am at least eighteen years of age. My business address is 2356 Moore Street, Suite 201, San Diego, CA 92110.

I am not a party to the above-entitled action. I have caused service of the signed Declaration of Philip A. DeMassa which was originally filed on August 13, 2008 as an exhibit to the Notice of Motion and Motion for Discovery, Disclosure of Electronic Surveillance, etc. and Points and Authorities in Support of Motion for Electronic Surveillance, etc., Docket No. 14, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System which electronically notifies them:

1.  Caroline P. Han, Esq
    Caroline.Han@usdoj.gov

I hereby certify that I have caused to be mailed the foregoing by the United States Postal Service, to the following non-ECF participant(s) in this case:

1.  None

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2008

                                        s/Philip A. DeMassa
                                        PHILIP A. DeMASSA

CERTIFICATE OF SERVICE