1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Case No. 08cr2428-JAH
                                      )
11                 Plaintiff,         )    AMENDED ORDER OF
                                      )    CRIMINAL FORFEITURE
12        v.                          )
                                      )
13   VICENTE MANUEL AGUIRRE,          )
                                      )
14                 Defendant.         )
     _____)

15

16        On January 25, 2010, this Court entered its Preliminary Order of Criminal Forfeiture, which

17   condemned and forfeited to the United States all right, title and interest of VICENTE MANUEL

18   AGUIRRE in the properties listed in the Forfeiture Allegation of the Indictment, namely,

19        **(1)   $273,940.00 in U.S. Currency; and**
          **(2)   One 1999 El Dorado Cadillac, VIN No. 1G6ET1295XU606138,**
20        **CA License Plate No. 6CFH471**.

21        Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result

22   of the failure of any third party to come forward or file a petition for relief from forfeiture as

23   provided by law, all right, title and interest of VICENTE MANUEL AGUIRRE and any and all

24   third parties in the following properties are hereby condemned, forfeited and vested in the

25   United States of America:

26        **(1)   $273,940.00 in U.S. Currency; and**
          **(2)   One 1999 El Dorado Cadillac, VIN No. 1G6ET1295XU606138,**
27        **CA License Plate No. 6CFH471**.

28   //

1    For thirty (30) consecutive days ending on February 26, 2010, the United States published

2    on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the

3    United States' intent to dispose of the properties in such manner as the Attorney General may

4    direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or

5    Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right

6    to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the

7    validity of their alleged legal interest in the properties.

8    There were no potential third parties known to the United States to have alleged an interest

9    in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

10    Thirty (30) days have passed following the final date of notice by publication, and no third

11    party has made a claim to or declared any interest in the forfeited properties described above.

12    IT IS FURTHER ORDERED that costs incurred by the United States Customs and Border

13    Protection and any other governmental agencies which were incident to the seizure, custody and

14    storage of the properties be the first charge against the forfeited properties.

15    IT IS FURTHER ORDERED that the United States Customs and Border Protection shall

16    dispose of the forfeited properties according to law.

17    DATED: April 15, 2010

18

19    _____
     JOHN A. HOUSTON, Judge
20    United States District Court

21

22

23

24

25

26

27

28